**Order entered August 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01394-CV

**ENRIQUE N. PONTE, JR. M.D., ET AL., Appellants**

**V.**

**MARCELA BUSTAMANTE, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-08056**

## ORDER

We **GRANT** appellees' August 19, 2013 second, unopposed motion for an extension of time to file their briefs. Appellees shall file their brief in response to the brief of appellants, Enrique N. Ponte, Jr., M.D. and Pediatrix Medical Services, Inc,. on or before September 13, 2013. Appellees shall file their brief in response to the brief of appellants, Jorge Fabio Llamas-Soforo, M.D., Jorge Fabio Llamas-Soforo, M.D., P.A., d/b/a El Paso Eye Center, on or before September 20, 2013.

/s/     DAVID LEWIS
         JUSTICE